UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GINO L. BROWNING,

    Plaintiff,

v.                                Case No. 5:20-cv-299-RV/MJF

JOHNATHAN COOK, *et al.*,

    Defendants.
_____/

## ORDER

On December 7, 2022, the Magistrate Judge issued a Report and Recommendation. (ECF No. 72). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant Johnathan Cook's motion to quash is **GRANTED**.

3.     Defendant Johnathan Cook's motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) and (b)(5) is **DENIED**.

4. This case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 6th day of January 2023.

/s/ Roger Vinson            /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**