UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GINO L. BROWNING,

    Plaintiff,

v.                                          Case No. 5:20-cv-299-RV/MJF

JOHNATHAN COOK, *et al.*,

    Defendants.
_____/

# **O R D E R**

On December 7, 2022, the Magistrate Judge issued a Report and Recommendation. (ECF No. 73). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection, which I have reviewed <u>de novo</u>.[1]

Having considered the Report and Recommendation, and the timely filed objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

---

[1] The plaintiff's objection was untimely, but he has filed a motion requesting that I accept the objection as timely filed (ECF No. 77). By separate order being entered contemporaneously herewith, I will grant his motion and consider his objection timely.

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Donald Allen's motion to dismiss is **GRANTED** to the extent that Plaintiff's Eighth-Amendment excessive-force claim based on Defendant Donald Allen's use of "chemical agents" is **DISMISSED with prejudice**.

3. Defendant Donald Allen's motion to dismiss is **DENIED** in all other respects.

4. This case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 6th day of January 2023.

          s/ Roger Vinson            /
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**